\*\*Original Filed 12/22/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH MATTHEW JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSARIO MARINELLO, et al.,<br><br>    Defendants. | Case Number C 05-00426 JF<br><br>ORDER[1] ESTABLISHING BRIEFING SCHEDULE<br><br>[re: docket no. 81, 83] |

On November 14, 2006, the Court dismissed Plaintiff's motion to file an amended complaint without prejudice. The Court stated that "Plaintiffs [sic] must file any motion for leave to file an amended complaint on or before December 20, 2006." November 14th Order 9.

On November 17, 2006, Plaintiff moved to stay the case pending appeal of his conviction in state court or for an extension of time to file an amended complaint. On December 11, 2006, Defendants Robert McGee and City of Pacific Grove ("the Defendants") opposed the motion. Oral argument is scheduled for January 26, 2007. The Defendants assert that by filing the motion to stay proceedings, Plaintiff has given himself an extension of time. Defendants ask the Court

---

[1] This disposition is not designated for publication and may not be cited.

1 | to adopt the following schedule, assuming that the motion to stay proceedings is granted:

2 | Plaintiff files motion for leave to amend:        February 2, 2007
Defendants oppose motion for leave to amend:    February 9, 2007
3 | Hearing:                                         February 16, 2007

4 | The Court concludes that the motion to stay proceedings is appropriate for submission

5 | without oral argument under Civ. L.R. 7-1(b). Plaintiff shall file any reply to Defendant's

6 | opposition by January 12, 2007. The Court expects to issue an order on this motion on or before

7 | January 19, 2007.

8 | In the event that the Court denies the motion for a stay and the case proceeds, Plaintiff

9 | shall file a motion for leave to file an amended complaint (along with a copy of the proposed

10 | complaint) on or before February 9, 2007. Defendants shall file any opposition on or before

11 | February 16, 2007. Plaintiff shall file any reply by February 23, 2007. The Court will hear oral

12 | argument on March 2, 2006 at 9.00 a.m. The Court advises Plaintiff that failure to abide by this

13 | schedule may lead to dismissal of the case.

14 | IT IS SO ORDERED.

17 | DATED: December 22, 2006

_____
JEREMY FOGEL
United States District Judge

| | |
|---|---|
| 1 | This Order has been served upon the following persons: |
| 2 | David W. Balch        dbalch@kahlaw.net, |
| 3 | Jon R. Giffen        jgiffen@kahlaw.net, jmaycock@kahlaw.net; dbalch@kahlaw.net |
| 4 | Notice will be delivered by other means to: |
| 5 | Jeffrey I Bedell |
| | Kennedy Archer & Harray Attorneys at Law |
| 6 | 24591 Silver Cloud Court |
| | Suite 200 |
| 7 | Monterey, CA 93940-5302 |
| 8 | Alberta Rose Jones |
| | 1144 Tangerine Way |
| 9 | Sunnyvale, CA 94087 |
| 10 | Joseph Matthew Jones |
| | 1144 Tangerine Way |
| 11 | Sunnyvale, CA 94087 |
| 12 | Rosario Marinello |
| | 2266 South Main Street |
| 13 | Apt 165 |
| | Salinas, CA 93906 |

Case No. C 05-00426 JF
ORDER ESTABLISHING BRIEFING SCHEDULE
(JFLC1)