**Original Filed 1/22/2007**

1
2
3
4
5
6
7

NOT FOR CITATION

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11
12

JOSEPH MATTHEW JONES,

13

                    Plaintiff,

14

          v.

15

ROSARIO MARINELLO, et al.,

16

                    Defendants.

17

Case Number C 05-00426 JF

ORDER[1] DENYING MOTION TO STAY PROCEEDINGS

[re: docket no. 81]

18
19

        Plaintiff Joseph Jones, proceeding pro se, moves to stay proceedings pending exhaustion

20

of his appeals of his conviction in state court for resisting arrest and battery.  Defendants Robert

21

McGee and City of Pacific Grove oppose the motion.  For the reasons discussed below, the

22

motion will be denied.

23

                              **I. BACKGROUND**

24

        On November 14, 2006, the Court denied Plaintiff's motion for leave to file a second

25

amended complaint.  The Court found that a portion of the proposed complaint was barred by

26

*Heck v. Humphrey*, 512 U.S. 477 (1994).  Additionally, the Court concluded that the proposed

27
28

        [1] This disposition is not designated for publication and may not be cited.

1   complaint failed to allege sufficient facts to support the claims not barred by *Heck.* The Court

2   denied the motion without prejudice to a future motion for leave to amend and ordered that

3   Plaintiff file any such motion by December 20, 2006.

4        On November 17, 2006, Plaintiff filed the instant motion. On December 22, 2006, the

5   Court issued an order stating that it would take the instant motion under submission without oral

6   argument pursuant to Civ. L.R. 7-1(b) and setting a briefing schedule for any motion for leave to

7   amend in the event that it denied the instant motion.

8   **II. DISCUSSION**

9        Plaintiff seeks a stay "pending the final outcome of his criminal appeals and habeas

10  corpus." Reply 1. The duration of such a stay is unknown and could be very lengthy. The Court

11  concludes that a stay is not in the interest of judicial economy and that denial of a stay will not

12  cause significant prejudice to either party. The Court recognizes that the criminal judgment

13  against Plaintiff remains under appeal and expresses no opinion as to its merit. If an appeal or

14  other post-conviction relief renders the judgment invalid at a later date, Plaintiff can take

15  appropriate legal action at that time. However, to the extent that Plaintiff seeks to maintain an

16  ongoing case in this Court rather than dismiss the matter voluntarily, he must do so in a way that

17  is not overly burdensome to the Court's docket. Plaintiff has cited no authority indicating that he

18  has a right to stay this case. Accordingly, having considered the relevant equities and the interest

19  of judicial economy, the Court will deny the motion.

20       The parties shall abide by the scheduling order issued on November 17, 2006, which

21  provides that Plaintiff shall file a motion for leave to file an amended complaint (along with a

22  copy of the proposed complaint) on or before February 9, 2007. Defendants shall file any

23  opposition on or before February 16, 2007. Plaintiff shall file any reply by February 23, 2007.

24  The Court will hear oral argument on March 2, 2006 at 9.00 a.m. The Court advises Plaintiff that

25  failure to abide by this schedule may lead to dismissal of his case. The Court also advises

26  Plaintiff that any proposed complaint must stay within the bounds described by the Court's order

27  dated November 14, 2006. The Court will not accept a proposed complaint that includes claims

28  barred by *Heck v. Humphrey.*

2

1

**III. ORDER**

2       Good cause therefor appearing, IT IS HEREBY ORDERED that the motion to stay

3  proceedings is DENIED.  Plaintiff shall file a motion for leave to file an amended complaint

4  (including a copy of the proposed complaint) not later than February 9, 2007.

5

6  DATED: January 22, 2007.

7

8

9                                          _____
                                           JEREMY FOGEL
10                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    This Order has been served upon the following persons:

2    David W. Balch                dbalch@kahlaw.net,

3    Jon R. Giffen                 jgiffen@kahlaw.net, jmaycock@kahlaw.net; dbalch@kahlaw.net

4    Notice will be delivered by other means to:

5    Jeffrey I Bedell
     Kennedy Archer & Harray Attorneys at Law
6    24591 Silver Cloud Court
     Suite 200
7    Monterey, CA 93940-5302

8    Alberta Rose Jones
     1144 Tangerine Way
9    Sunnyvale, CA 94087

10   Joseph Matthew Jones
     1144 Tangerine Way
11   Sunnyvale, CA 94087

12   Rosario Marinello
     2266 South Main Street
13   Apt 165
     Salinas, CA 93906

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 05-00426 JF
ORDER DENYING MOTION TO STAY PROCEEDINGS
(JFLC1)